IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40318
Summary Calendar

_____

MARIA E. VILLARREAL,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-95-CV-100
- - - - - - - - - -
February 26, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Maria E. Villarreal argues that the district court erred in granting the defendant's motion for summary judgment and affirming the decision of the Commissioner denying disability benefits and supplemental social security income. She avers that the Commissioner's decision is not supported by substantial evidence and relevant legal standards. Villarreal also avers that the case

_____

[1] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

should be remanded for the consideration of newly discovered evidence. We have reviewed the record and the briefs of the parties and affirm for essentially the reasons adopted by the district court. <u>Villarreal v. Apfel</u>, No. L-95-CV-100 (S.D. Tex. Jan. 30, 1997). We also find that Villarreal has failed to show good cause for her failure to present the subject evidence during her administrative hearing. <u>Geyen v. Secretary of Health and Human Services</u>, 850 F.2d 263, 264 (5th Cir. 1988).

AFFIRMED.